**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**STEPHEN P. FARMER, et al.**                                    **PLAINTIFFS**

**VS.**                            **CIVIL ACTION NO.: 4:12-cv-73-MPM-JMV**

**D & O CONTRACTORS, INC., et al.**                             **DEFENDANTS**

## ORDER STAYING CERTAIN PROCEEDINGS

On August 26, 2013, Defendant Jeff Difatta, filed a Motion to Dismiss combining various defenses, including lack of personal jurisdiction [12]. Pursuant to L. U. Civ. R. 16(b)(3)(B), [f]iling . . . a jurisdictional defense motion stays the attorney conference and disclosure requirements and all discovery not related to the issue pending the court's ruling on the motion . . . ."

**IT IS, THEREFORE, ORDERED** that the aforementioned proceedings are hereby **STAYED** pending a ruling on the motion to dismiss. Defendant, Mr. Jeff Difatta, shall notify the undersigned magistrate judge within seven (7) days of a decision on the jurisdictional defense motion and shall submit a proposed order lifting the stay.

**SO ORDERED**, this the 17th day of December, 2013.

                                             /s/ Jane M. Virden
                                             **UNITED STATES MAGISTRATE JUDGE**